


**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MIGUEL ANGEL NEGRON,

Defendant.

Case No: '15 CR1753 CAB

I N F O R M A T I O N

Title 21, U.S.C., Secs. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony); Title 18, U.S.C., Secs. 922(g)(1) and 924(a)(2) - Felon in Possession of Firearm (Felony); Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture

The United States Attorney charges:

**COUNT ONE**

That on or about May 10, 2015, within the Southern District of California, defendant Miguel Angel NEGRON did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 89.1 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TWO**

On or about May 10, 2015, within the Southern District of California, defendant Miguel Angel NEGRON, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: an Ithaca Gun Company Model 1911 .45 caliber pistol, bearing serial number 22425; in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count Two of this Information, defendant Miguel Angel NEGRON, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 (d), and Title 28, United States Code, Section 2461 (c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following: an Ithaca Gun Company Model 1911 .45 caliber pistol, bearing serial number 22425; all pursuant to Title 18, United States Code, Section 924 (d)(1), and Title 28, United States Code, Section 2461(c).

DATED: 7/6/15

LAURA E. DUFFY
United States Attorney

ANDREW R. HADEN
Assistant U.S. Attorney