FILED
2016 MAY -6 PM 2:20
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: TH DEPUTY

FILED
MAY 12 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY au DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL NEGRON,<br><br>　　　　Defendant.<br><br>87792-198 | Case No.: 15-CR-1753-CAB<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: May __6__, 2016.

_____
HONORABLE CATHY ANN BENCIVENGO
United States District Judge

I have executed within __Dismissal__
Judgement and Commitment on __5/11/16__
United States Marshal

By: _____
USMS Criminal Section